# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RONALD LESHER AND DEETTA LESHER, H/W | : | No. 60 EM 2018 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES STEEL CORPORATION, ET AL. | : | |
| | : | |
| PETITION OF: HUNT REFINING COMPANY | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2018, the parties' Applications for Leave to File Post-Submission Communication are GRANTED, and the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.

    Justice Todd did not participate in the consideration or decision of this matter.